IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| In re | ) Chapter 13 |
| | ) |
| WILLIAM MATTHEW SHIELDS and | ) Case No. 4-13-bk-41720 |
| CHRISTON MONICA SHIELDS, | ) |
|   Debtor(s) | ) |
| | ) |

**REQUEST OF RECOVERY MANAGEMENT SYSTEMS CORPORATION
FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P. 2002(g)**

PLEASE TAKE NOTICE that Recovery Management Systems Corporation, as authorized agent for GE Capital Retail Bank (JCPENNEY CREDIT SERVICES [Last four digit of account:2465]), a creditor in the above-captioned chapter 13 case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the Bankruptcy Rules) and sections 102(1), 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (as amended, the Bankruptcy Code), that all notices given or required to be given and all papers served or required to be served in this case be also given to and served, whether electronically or otherwise, on:

    GE Capital Retail Bank
    c/o Recovery Management Systems Corporation
    25 SE 2nd Avenue, Suite 1120
    Miami, FL 33131-1605
    Attn: Ramesh Singh
    Telephone: (305) 379-7674
    Facsimile: (305) 374-8113
    E-mail: claims@recoverycorp.com

Dated: Miami, Florida
April 1, 2013

                                                      By: /s/ Ramesh Singh

                                                      Ramesh Singh
                                                      c/o Recovery Management Systems
                                                      Corporation
                                                      Financial Controller
                                                      25 SE 2nd Avenue, Suite 1120
                                                      Miami, FL 33131-1605
                                                      (305) 379-7674

Assignee Creditor: JCPENNEY CREDIT SERVICES [Last four digit of account:2465]