Martha G. Bronitsky
Chapter 13 Standing Trustee
6140 Stoneridge Mall Rd #250
Pleasanton, CA 94588-4588
(925) 621-1900

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re

William Matthew Shields III
Christon Monica Shields

Debtors(s)

Chapter 13 Case Number:
13-41720-WJL13

## STIPULATION ON TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO MAKE CHAPTER 13 PLAN PAYMENTS

PURSUANT to the Chapter 13 Trustee's Motion for Failure to Make Chapter 13 Plan Payments, the debtor(s) have conferred with the Trustee and the following arrangements to cure defaults have been agreed to:

PAYMENT OF $1,200 TO BE GARNISHED BY PAYROLL AND DEBTOR IS TO SEND ADDITIONAL PAYMENT OF $135 PER MONTH FOR 18 MONTHS EFFECTIVE SEPTEMBER 2013, BY CERTIFIED FUNDS, MAKING TOTAL MONTHLY PAYMENT $1,335. THIS STIPULATION WILL BRING CASE CURRENT. DEBTORS ARE AWARE THAT COPY OF ALL PAYMENTS NEED TO BE ON TIME AND IN THE FULL AMOUNT OR THE CASE WILL BE DISMISSED. DEBTOR'S PAYMENTS ARE DUE BY THE 21st OF EACH MONTH.

AS A CONDITION OF THIS AGREEMENT, REGULAR PAYMENTS UNDER THE DEBTOR'S PLAN ARE REQUIRED TO CONTINUE PURSUANT TO THE TERMS OF THE CONFIRMED PLAN.

THIS STIPULATION IS NOT BINDING ON ANY CREDITORS.

Dated: 10/10/13

Dated: 10/10/13

Dated: 11-4-13

*[Signatures]*
Debtor
Debtor
Martha G. Bronitsky
Chapter 13 Standing Trustee

IN THE UNITED STATES BANKRUPTCY COURT

In re:

William Matthew Shields I I I
Christon Monica Shields

Case No.: 13-41720-WJL13

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the STIPULATION ON TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO MAKE CHAPTER 13 PLAN PAYMENTS to debtor(s), counsel of debtor(s), and if applicable, the creditor, creditors representatives and registered agent for the creditor by depositing it in the United States mail with first class postage attached thereto, addressed as follows:

William Matthew Shields I I I
Christon Monica Shields
170 Century Way
Oakley, CA 94561

(Debtor(s))

Patrick L. Forte Atty
1 Kaiser Plaza #480
Oakland, CA 94612

(Counsel for Debtor)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: November 04, 2013

/s/ OLGA GONZALEZ
_____
OLGA GONZALEZ